# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1786
L.T. Case No. 2019-CF-001492-A

_____

DOROTHY JANE BALL-MCDUFFIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Dorothy Jane Ball-McDuffie, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

July 29, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, HARRIS, and KILBANE, JJ., concur

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____